No. 88–1471. WALKER v. SUPERIOR COURT OF SACRAMENTO COUNTY. Sup. Ct. Cal. Certiorari denied.

No. 88–1571. DeLORENZO ET AL. v. NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION. Sup. Ct. N. J. Certiorari denied.

No. 88–1604. LEACH ET AL. v. FEDERAL DEPOSIT INSURANCE CORPORATION ET AL. C. A. 5th Cir. Certiorari denied.

No. 88–1616. LOMBARDO v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 88–1626. SAMS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 88–1642. ALASKA v. KENAITZE INDIAN TRIBE. C. A. 9th Cir. Certiorari denied.

No. 88–1649. L & B CORP. ET AL. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 8th Cir. Certiorari denied.

No. 88–1657. S. H. ET AL. v. EDWARDS, FORMER COMMISSIONER, GEORGIA DEPARTMENT OF HUMAN RESOURCES, ET AL. C. A. 11th Cir. Certiorari denied.

No. 88–1669. HAMILTON ET AL. v. STOVALL, JUDGE, SECOND ADMINISTRATIVE JUDICIAL DISTRICT OF TEXAS. C. A. 5th Cir. Certiorari denied.

No. 88–1678. WALTON v. MERRIMAN. C. A. 9th Cir. Certiorari denied.

No. 88–1696. SALES TAX COLLECTOR, ST. CHARLES PARISH, LOUISIANA v. WESTSIDE SAND CO., INC. Ct. App. La., 5th Cir. Certiorari denied.

No. 88–1700. CENTRAL LOUISIANA TELEPHONE CO. ET AL. v. McCARROLL. Ct. App. La., 3d Cir. Certiorari denied.

No. 88–1715. WOODS ET VIR v. BOBROW, GREENAPPLE & SKOLNIK. C. A. 2d Cir. Certiorari denied.